IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBERRY LIMITED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 17-155-RGA |
| NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, AND NOKIA OF AMERICA CORPORATION, | ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF BLACKBERRY LIMITED'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF LIMITING ARBITRATION**

Plaintiff BlackBerry Limited ("BlackBerry") respectfully moves pursuant to Federal Rule of Civil Procedure 65(a) to enjoin Nokia Corporation, Nokia Solutions and Networks Oy and Nokia Corporation of America (collectively, "Nokia") from re-litigating, in an arbitration proceeding recently commenced by Nokia in Sweden, issues concerning this Court's jurisdiction which this Court has already decided. The grounds for this motion are fully set forth in the accompanying opening brief filed contemporaneously herewith.

*Of Counsel*:

Garrard R. Beeney
Stephen J. Elliott
W. Rudolph Kleysteuber
Wen-Ying Angela Chang
Corey Omer
Steve A. Hsieh
Daniel W. Asher
Lisa M. McAnearney
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000

Dated: July 27, 2018

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Plaintiff*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that counsel for Plaintiff BlackBerry Limited made a reasonable effort to reach agreement with Defendants on the matters set forth herein, but no agreement could be reached.

*/s/ Andrew C. Mayo*
Andrew C. Mayo