IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBERRY LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-155-RGA |
| | ) |
| NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by the parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and subject to the approval and order of the Court, that this action, including the claims therein, is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| ASHBY & GEDDES, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ Andrew C. Mayo* | */s/ Jeremy A. Tigan* |
| John G. Day (#2403) | Jack B. Blumenfeld (#1014) |
| Andrew C. Mayo (#5207) | Jeremy A. Tigan (#5239) |
| 500 Delaware Avenue, 8th Floor | 1201 North Market Street |
| P.O. Box 1150 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 654-1888 | (302) 658-9200 |
| jday@ashbygeddes.com | jblumenfeld@mnat.com |
| amayo@ashbygeddes.com | jtigan@mnat.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED this ___ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

{01383142;v1 }